UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DOVER LIMITED,

                                                                08 CV 1337 (LTS)

                    Plaintiff,

           -against-                              STIPULATION

ALAIN ASSEMI, HARTSFIELD CAPITAL
SECURITIES, INC., HARTSFIELD CAPITAL
GROUP, STEPHEN J. LOVETT, JOHN H. BANZAF,
DELBERT D. REICHARDT,
MANSELL CAPITAL PARTNERS, LLC,
THOMAS O. BEGLEY & ASSOCIATES,
TJ MORROW and TJ MORROW PC,

                    Defendants.
----------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, the following:

       1.       The time for defendants John H. Banzhaf, Delbert D. Reichardt and Argosy Capital Securities, Inc. (formerly known as Hartsfield Capital Securities, Inc.) to answer or otherwise plead to Plaintiff's Complaint shall be extended to and including April 14, 2008. *These defendants have agreed to accept service of the Complaint through their undersigned counsel.*

       2.       Nothing contained in this stipulation shall constitute or be construed as an admission by the aforementioned defendants that they are subject to the personal jurisdiction of this Court.

Dated: New York, New York
March 14, 2008

| | |
|---|---|
| LAW OFFICES OF THOMAS M. MULLANEY<br>Attorneys for Plaintiff | EISENBERG TANCHUM & LEVY<br>Attorneys for Defendants John H.<br>Banzhaf, Delbert D. Reichardt and<br>Argosy Capital Securities, Inc.<br>(formerly known as Hartsfield<br>Capital Securities, Inc.) |
| *[signature]* TM<br>Thomas M. Mullaney (TM-4274)<br>708 Third Avenue<br>Suite 2500<br>New York, New York 100017<br>(212)223-0800 | *[signature]*<br>Stewart L. Levy (SL-2892)<br>675 Third Avenue<br>Suite 2900<br>New York, New York 10017<br>(212)599-0777 |

SO ORDERED

*[signature]*
U.S.D.J.

Date: 3/31/08