UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DOVER LIMITED,

         Plaintiff,       **RULE 7.1 STATEMENT**

    -against-

ALAIN ASSEMI, HARTSFIELD CAPITAL
SECURITIES, INC., HARTSFIELD CAPITAL
GROUP, STEPHEN J. LOVETT, JOHN H. BANZHAF,
DELBERT D. REICHARDT,
MANSELL CAPITAL PARTNERS, LLC,
THOMAS O. BEGLEY, THOMAS O. BEGLEY &
ASSOCIATES, TJ MORROW and TJ MORROW PC,

         Defendants.
------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant **Argosy Capital Securities, Inc.** (a private, non-governmental party, formerly known as Hartsfield Capital Securities, Inc.), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

**NONE**

Dated: New York, New York
    April 13, 2008

                EISENBERG TANCHUM & LEVY
                Attorneys for Defendants John H.
                Banzhaf, Delbert D. Reichardt and Argosy
                Capital Securities, Inc. (formerly known as
                Hartsfield Capital Securities, Inc.)

                By: _____
                Stewart L. Levy (SLL-2892)
                675 Third Avenue
                Suite 2900
                New York, New York 10017
                (212)599-0777

Of Counsel:

BAKER, DONELSON, BEARMAN,
CALDWELL, & BERKOWITZ, P.C.
3414 Peachtree Road, N.E.
Suite 1600
Atlanta, GA 30326

To:

LAW OFFICE OF THOMAS M. MULLANEY
Attorneys for Plaintiff Dover Limited
708 Third Avenue
Suite 2500
New York, New York 10017
(212) 223-0800