LAW OFFICES OF
THOMAS M. MULLANEY
708 THIRD AVENUE, SUITE 2500
NEW YORK, NEW YORK 10017
Tel.: (212) 223-0800
Fax: (212) 661-9860

April 21, 2008

**BY FACSIMILE**

Hon. Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Dover Limited, et al. v. Alain Assemi, et al.*
    08-Civ-1337 (LTS)(JCF)

**MEMO ENDORSED**

Your Honor:

    I write on behalf of Plaintiff Dover Limited ("Dover"), with the consent of defendants TJ Morrow and TJ Morrow PC (together "Morrow") to seek an enlargement of time to oppose Morrow's Motion to Dismiss, and for a more Definite Statement, dated April 4, 2008 and evidently served April 7, 2008. By Plaintiff Dover's calculations, its opposition would be due April 23, 2008. The parties would seek until Monday, April 28 to oppose. No previous requests for an extension to oppose the motions have been made.

Respectfully Submitted,

Thomas M. Mullaney

The request is granted.

Cc:  TJ Morrow
     By electronic mail

     All Other Counsel of Record
     and *pro se* defendants

SO ORDERED.

4/21/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE