LAW OFFICES OF
THOMAS M. MULLANEY
708 THIRD AVENUE, SUITE 2500
NEW YORK, NEW YORK 10017
Tel.: (212) 223-0800
Fax: (212) 661-9860

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#
APR 28 2008

April 25, 2008

**BY FACSIMILE**

Hon. Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *Dover Limited, et al. v. Alain Assemi, et al.*
    08-Civ-1337 (LTS)(JCF)

Your Honor:

I write at the request of Jeremy Richardson of Phillips Nizer LLP, who will be representing Thomas O. Begley, Thomas O. Begley & Associates, Stephen J. Lovett and Hartsfield Capital Group. Mr. Richarson is on a family vacation this week, and would ask that the parties time to submit the Rule 26(f) reports be adjourned from Friday, April 25 to Wednesday, April 30. No party has offered any objection to this request, and no previous request for an extension of time to submit this report has been made..

Respectfully Submitted,

Thomas M. Mullaney

Cc: All Counsel of Record
    and *pro se* defendants

The request is granted. The joint preliminary pretrial statement must be filed, and a courtesy copy provided for chambers, by April 30, 2008.

SO ORDERED.

4/28/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE