Jon Schuyler Brooks (JB 7218)
jbrooks@phillipsnizer.com
Jeremy D. Richardson (JR 7706)
jrichardson@phillipsnizer.com
PHILLIPS NIZER LLP
666 Fifth Avenue
New York, New York 10103-0084
(212) 977-9700
Attorneys for Defendants
Thomas O. Begley, Thomas O. Begley & Associates
Hartsfield Capital Group, Stephen J. Lovett

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

| | |
|---|---|
| DOVER LIMITED, | **ECF CASE** |
| Plaintiff, | |
| | Docket No. 08 CV 1337 |
| v. | |
| | FILED ELECTRONICALLY |
| ALAIN ASSEMI, HARTSFIELD CAPITAL SECURITIES, INC., HARTSFIELD CAPITAL GROUP, STEPHEN J. LOVETT, JOHN H. BANZHAF, DELBERT D. REICHARDT, MANSELL CAPITAL PARTNERS, LLC, THOMAS O. BEGLEY, THOMAS O. BEGLEY & ASSOCIATES, T.J. MORROW and TJ MORROW PC, | **NOTICE OF APPEARANCE** |
| Defendants. | |

-----------------------------------------------------------------------x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Jeremy D. Richardson, of the law firm of Phillips Nizer LLP, hereby notices his appearance as counsel of record for defendants Hartsfield Capital Group, Stephen J. Lovett, Thomas O. Begley and Thomas O. Begley & Associates, and requests that all notices given or required to be given in the above-captioned matter and all papers served in this case be given to and served upon Jeremy D. Richardson at the following addresses and telephone number:

jrichardson@phillipsnizer.com          PHILLIPS NIZER LLP
                                       666 Fifth Avenue
                                       New York, NY 10103
                                       (212) 977-9700
                                       Attn:  Jeremy D. Richardson

1042769.1

Dated: New York, New York
April 30, 2008

| PHILLIPS NIZER LLP |
|---|
| By  s/Jeremy D. Richardson<br>Jeremy D. Richardson (JR 7706)<br>666 Fifth Avenue<br>New York, New York 10103<br>(212) 977-9700 |

1042769.1