# Morrow & Co



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 1 2008

Date: May 1, 2008
Forward Fax: (212) 805 0426
Re: Dover Limited v. Alain Assemi, et.al 08 CV 1337
Attn: Hon. Laura T. Swain

**MEMO ENDORSED**

**Comments:**

Hon. Judge Swain: A Rule 26 conference is scheduled in the referenced matter for May 2, 2008. I request the court's permission to conduct the Rule 26 conference by telephone as I am presently in North Carolina. Plaintiff's counsel has consented as we are seriously discussing a settlement of this matter. I have not filed an answer and currently have outstanding motions to dismiss certain causes of action pursuant to Rule 12(b)(6) and for a more definite statement for still other causes of action herein pursuant to Rule 12(e). I have asked all counsel for such consent in this matter. Plaintiff's counsel Mr. Mullaney at this point is the only attorney that has responded to my request. Therefore, due to the short time before the scheduled conference and that plaintiff and Defendants Morrow will most likely settle this matter in short order, I hereby submit this letter requesting that I be allowed to conduct the Rule 26 conference by telephone.

Respectfully submitted,

TJ Morrow, Pro Se
For Defendants Morrow

*[Handwritten note:]* The request is granted. Mr Morrow may appear on his own behalf by telephone. Mr Morrow must call the Courtroom Deputy, Ms. Ng, by 12pm noon on 5/2/08 to make arrangements. She can be reached at 212 805 0424.

Number of pages, including cover page, in this transmission: 1
Mail copy to follow: If requested by the Court
cc: All Counsel appearing in this matter by email.

*Confidentiality and Non-Legal Binding Notice.* Please be advised that these documents are confidential and/or privileged under applicable federal, state and local laws and International Agreements. This correspondence is intended only for the use of the addressee. Any unauthorized disclosure, copying, distribution or use of these documents by any person including the addressee or without the consent of this company is strictly prohibited. If you receive these documents in error, please either notify us or destroy them. These documents are legally binding as indicated. Thank you for your cooperation.

2501 Blue Ridge Road, Suite 150
Raleigh, NC 27607
Tel 919 863 4328
Fax 919 267 2725

SO ORDERED.

/s/ 5/1/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Copies mailed/faxed to **MR MORROW**
Chambers of Judge Swain            5-1-08