Jon Schuyler Brooks (JB 7218)
jbrooks@phillipsnizer.com
Jeremy D. Richardson (JR 7706)
jrichardson@phillipsnizer.com
PHILLIPS NIZER LLP
666 Fifth Avenue
New York, New York 10103-0084
(212) 977-9700
Attorneys for Defendants
Thomas O. Begley, Thomas O. Begley & Associates,
Stephan J. Lovett and Hartsfield Capital Group

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

DOVER LIMITED,

                             Plaintiff,

v.

ALAIN ASSEMI, HARTSFIELD CAPITAL
SECURITIES, INC., HARTSFIELD CAPITAL GROUP,
STEPHEN J. LOVETT, JOHN H. BANZHAF, DELBERT
D. REICHARDT, MANSELL CAPITAL PARTNERS,
LLC, THOMAS O. BEGLEY, THOMAS O. BEGLEY &
ASSOCIATES, T.J. MORROW and TJ MORROW PC,

                             Defendants.

**ECF CASE**
ELECTRONICALLY FILED
Docket No. 08 CV 1337
(LTS)(JCF)

**F.R.C.P. 7.1 STATEMENT**

------------------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Thomas O. Begley & Associates (a non-governmental party) certifies that it has **no** corporate parents, affiliates and/or subsidiaries which are publicly held.

[signature follows on next page]

1047567.1

Dated: New York, New York
June 13, 2008

                        PHILLIPS NIZER LLP

                        _s/ Jeremy Richardson_____
Jon Schuyler Brooks (JB 7218)
Jeremy D. Richardson (JR 7706)
Attorneys for Defendants
Thomas O. Begley, Thomas O. Begley & Associates
Stephan J. Lovett and Hartsfield Capital Group
666 Fifth Avenue
New York, New York 10103-0084
(212) 977-9700

Hartsfield Capital Group Rule 7.1 Statement

1047567.1