Jon Schuyler Brooks (JB 7218)
jbrooks@phillipsnizer.com
Jeremy D. Richardson (JR 7706)
jrichardson@phillipsnizer.com
PHILLIPS NIZER LLP
666 Fifth Avenue
New York, New York 10103-0084
(212) 977-9700
Attorneys for Defendants
Thomas O. Begley, Thomas O. Begley & Associates,
Stephan J. Lovett and Hartsfield Capital Group

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
DOVER LIMITED,                                    :
                                                  :  **ECF CASE**
                                     Plaintiff,   :  ELECTRONICALLY FILED
                                                  :  Docket No. 08 CV 1337
               v.                                 :  (LTS)(JCF)
                                                  :
ALAIN ASSEMI, HARTSFIELD CAPITAL                  :  **F.R.C.P. 7.1 STATEMENT**
SECURITIES, INC., HARTSFIELD CAPITAL GROUP,       :
STEPHEN J. LOVETT, JOHN H. BANZHAF, DELBERT       :
D. REICHARDT, MANSELL CAPITAL PARTNERS,           :
LLC, THOMAS O. BEGLEY, THOMAS O. BEGLEY &         :
ASSOCIATES, T.J. MORROW and TJ MORROW PC,         :
                                                  :
                                    Defendants.   :
------------------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Hartsfield Capital Group (a non-governmental party) certifies that it has **no** corporate parents, affiliates and/or subsidiaries which are publicly held.

[signature follows on next page]

1043925.1

Dated: New York, New York
       June 13, 2008

                        PHILLIPS NIZER LLP

                        _s/ Jeremy Richardson_____
                        Jon Schuyler Brooks (JB 7218)
                        Jeremy D. Richardson (JR 7706)
                        Attorneys for Defendants
                        Thomas O. Begley, Thomas O. Begley & Associates
                        Stephan J. Lovett and Hartsfield Capital Group
                        666 Fifth Avenue
                        New York, New York 10103-0084
                        (212) 977-9700