Jon Schuyler Brooks (JB 7218)
jbrooks@phillipsnizer.com
Jeremy D. Richardson (JR 7706)
jrichardson@phillipsnizer.com
PHILLIPS NIZER LLP
666 Fifth Avenue
New York, New York 10103-0084
(212) 977-9700
Attorneys for Defendants
Thomas O. Begley, Thomas O. Begley & Associates,
Stephan J. Lovett and Hartsfield Capital Group

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
DOVER LIMITED,                                    :
                                                  :   **ECF CASE**
                                     Plaintiff,   :   ELECTRONICALLY FILED
                                                  :   Docket No. 08 CV 1337
                v.                                :   (LTS)(JCF)
                                                  :
ALAIN ASSEMI, HARTSFIELD CAPITAL                  :   **CERTIFICATE OF SERVICE**
SECURITIES, INC., HARTSFIELD CAPITAL GROUP,       :
STEPHEN J. LOVETT, JOHN H. BANZHAF, DELBERT       :
D. REICHARDT, MANSELL CAPITAL PARTNERS,           :
LLC, THOMAS O. BEGLEY, THOMAS O. BEGLEY &         :
ASSOCIATES, T.J. MORROW and TJ MORROW PC,         :
                                                  :
                                     Defendants.  :
---------------------------------------------------------------------x

A copy of the: (i) Notice of Motion and attached Exhibit; (ii) Affidavit of Thomas O. Begley; (iii) Affidavit of Stephan Lovett; (iv) Memorandum of Law in Support of the Motion; (v) Rule 7.1 Statement of Thomas O. Begley & Associates; and (vi) Rule 7.1 Statement of Hartsfield Capital Group was served by first class mail and electronic mail on June 13, 2008, upon the following:

Law Office of Thomas M. Mullaney
Attorneys for the Plaintiff
708 Third Avenue, Suite 2500
New York, New York 10017
(212) 223-0800

1047569.1

Eisenberg Tanchum & Levy
Attorneys for the Defendants
John H. Banzhaf, Delbert D. Reichardt and
Argosy Capital Securities, Inc. (f/k/a Hartsfield Capital Securities, Inc.)
675 Third Avenue, Suite 2900
New York, New York 10017
(212) 599-0777

Mr. TJ Morrow
2501 Blue Ridge Road, Suite 150
Raleigh, North Carolina 27607
(919) 863-4328

Mr. Alain Assemi
15650 Vinyard Blvd. STE A131
Morgan Hill, California 95037


          _s/ Jeremy Richardson_____
          Jeremy D. Richardson (JR 7706)

1047569.1