UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOVER LIMITED,

                Plaintiff,

    -against-

ALAIN ASSEMI, HARTSFIELD CAPITAL
SECURITIES, INC., HARTSFIELD CAPITAL
GROUP, STEPHEN J. LOVETT,
JOHN H. BANZAF, DELBERT D. REICHARDT,
MANSELL CAPITAL PARTNERS, LLC,
THOMAS O. BEGLEY & ASSOCIATES,
TJ MORROW and TJ MORROW PC,

Defendants.
------------------------------------------------------------X

08 CV 1337 (LTS)(JCF)

JOINDER OF DEFENDANTS
DELBERT D. REICHARDT,
JOHN H. BANZAF and
HARSFIELD CAPITAL
SECURITIES, INC. TO
MOTION TO DISMISS
FILED BY DEFENDANTS
THOMAS O. BEGLEY,
THOMAS O. BEGLEY &
ASSOCIATES,
STEPHEN J. LOVETT and
HARTSFIELD CAPITAL
GROUP

1.     Defendants Delbert D. Reichardt, John H. Banzaf and Hartsfield Capital Securities, Inc. ("HCS Defendants") join in the motion to dismiss or, in the alternative, for a change of venue to the Northern District of Georgia filed with this Court on June 13, 2008 by co-defendants Thomas O. Begley, Thomas O. Begley & Associates, Stephen J. Lovett and Hartsfield Capital Group (the "HCG Defendants").

2.     The HCS Defendants submit for the Court's consideration affidavits from Delbert D. Reichardt and John H. Banzaf, both dated June 17, 2008, annexed hereto as exhibits A and B, respectively, in further support of the HCG Defendants' pending motion to dismiss the complaint or change the venue of this action to the Northern District of Georgia.

3.     The HCS Defendants respectfully request that this Court dismiss the complaint filed by the Plaintiff in this action, or, in the alternative, transfer this action to

the District Court of the Northern District of Georgia for the same reasons set forth in the

June 13, 2008 motion, and the accompanying memorandum of law, filed by the HCG

Defendants in this action.

Dated: New York, New York
       June 19, 2008

                                                EISENBERG TANCHUM & LEVY
                                                *Attorneys for Defendants Delbert D.*
                                                *Reichardt, John H. Banzaf and*
                                                *Hartsfield Securities, Inc.*

By: _____
         Stewart L. Levy (SL-2892)
         675 Third Avenue, Suite 2900
         New York, New York 10017
         (212) 599-0777
         SLevy@etllaw.com