LAW OFFICES OF
THOMAS M. MULLANEY
708 THIRD AVENUE, SUITE 2500
NEW YORK, NEW YORK 10017
Tel.: (212) 223-0800
Fax: (212) 661-9860

June 10, 2008

**BY FACSIMILE**

Hon. Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 2 0 2008

**MEMO ENDORSED**

Re: *Dover Limited, et al. v. Alain Assemi, et al.*
    08-Civ-1337 (LTS)(JCF)

Your Honor:

      Plaintiff Dover Limited ("Dover") received the motion to dismiss for lack of personal jurisdiction of Defendant Alain Assemi, and which was physically filed in Court May 28, 2008. Given the current briefing schedule, which has Dover opposing the other defendants' motions to dismiss (other than the Morrow Defendants) on July 14, Dover requests that its time to oppose Defendant Assemi's motion be extended to July 14, 2008. No party has opposed this request.

Respectfully Submitted,

Thomas M. Mullaney

*The request is granted.*

Cc: All Counsel of Record
    and *pro se* defendants

SO ORDERED.

6/20/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE