## CERTIFICATE OF SERVICE

Thomas M. Mullaney, an attorney admitted to practice law in the courts of the State of New York, a person over eighteen (18) years of age, and not a party to this action, affirms the following under penalties of perjury:

On June 27, 2008, I caused to be served by regular mail the annexed ORDER of the Hon. Laura Taylor Swain, dated June 20, 2008 on the following:

Mansell Capital Partners, LLC
c/o John Banzhaf
3071 Lenox Road NE, Apt. 44
Atlanta, GA 30324

which is the address designated for the said defendant.

/s/ Thomas M. Mullaney
Thomas M. Mullaney (TM-4274)