LAW OFFICES OF
THOMAS M. MULLANEY
708 THIRD AVENUE, SUITE 2500
NEW YORK, NEW YORK 10017
Tel.: (212) 223-0800
Fax: (212) 661-9860



July 8, 2008

**BY FACSIMILE**

Hon. Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *Dover Limited, et al. v. Alain Assemi, et al.*
    08-Civ-1337 (LTS)(JCF)

Your Honor:

    Plaintiff Dover Limited ("Dover") writes to request a thirty (30) day enlargement of time for it to oppose the motions to dismiss of all defendants (with the exception of Defendant TJ Morrow) to August 14, 2008. Defendants Assemi and Morrow have not objected nor consented to this request. The remaining defendants consent to this request predicated upon Dover's agreement to reciprocate to an extension to submit reply papers if necessary, and upon its acknowledgement that the current limitation on discovery to jurisdictional issues be extended up to the date the Court rules on the pending motions. Plaintiff has accepted these conditions.

    The enlargement of time will also most likely permit the completion of jurisdictional discovery in this matter, and permit adduced evidence to be introduced into the record. No previous request for an extension of this briefing schedule has been made by Plaintiff.

*The requested briefing extension deadline is granted. The question of an extension of the limitation of discovery to jurisdictional issues through rulings on the motions may be taken up with Judge Francis at the scheduled conference.*

Respectfully Submitted,

Thomas M. Mullaney

Cc: All Counsel of Record
    and *pro se* defendants

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
7/9/08