LAW OFFICES OF THOMAS M. MULLANEY
THOMAS M. MULLANEY
708 Third Avenue, Suite 2500
New York, New York, 10017
Tel. (212) 223-0800
Fax: (212) 661-9860
Attorneys for Plaintiff
Dover Limited

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DOVER LIMITED,

                  Plaintiff,

vs.

ALAIN ASSEMI, et al.,

                  Defendants.
-----------------------------------------------------------X
ALAIN ASSEMI,

                  Counter-Claim Plaintiff,

vs.

DOVER LIMITED,

                  Counter-Claim Defendant.
-----------------------------------------------------------X

08-CV-1337 (LTS)(JCF)

**NOTICE OF MOTION**
**OF DEFAULT**

      **PLEASE TAKE NOTICE**, that upon the annexed Declaration of Wendy Sui Cheng Yap, with Exhibits, dated July 3, 2008, the Affirmation of Thomas M. Mullaney, Esq., with Exhibits, dated July 15, 2008 and all prior pleadings and proceedings heretofore had herein, the undersigned will move this Court for an order of judgment in favor of Plaintiff and against defaulting Defendant Mansell Capital Partners, LLC in the amount of $3,250,000 (with interest

from the of the entry of this Court's judgment of default) on the grounds that there is sufficient evidentiary proof that Defendant Mansell was served with the Complaint, the time period for filing an Answer to Plaintiff's Complaint has expired, and Defendant Mansell has not filed an Answer to Plaintiff's Complaint. Additionally, Plaintiff intends to establish through submitted evidentiary proof that Defendant Mansell's conduct constitutes: (1) common law fraud; (2) breach of fiduciary duty; (3) unjust enrichment; (4) violation of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 of the Securities Exchange Commission; (5) conversion; and (6) conspiracy. Plaintiff incurred damages as a result of Defendant Mansell's conduct, which Plaintiff intends to establish is in the amount of $3,250,000.

Dated: July 15, 2008
      New York, New York

                        Respectfully submitted,

                        LAW OFFICES OF THOMAS M. MULLANEY

                        THOMAS M. MULLANEY
                        708 Third Avenue, Suite 2500
                        New York, New York, 10017
                        Tel. (212) 223-0800
                        Fax: (212) 661-9860
                        Attorneys for Plaintiff
                        Dover Limited