**Exhibit B**

| NUMBER | DATE | TRANSACTION DESCRIPTION | PAYMENT/DEBIT (-) | CODE | FEE (-) | DEPOSIT/CREDIT (+) | $ |
|--------|------|-------------------------|-------------------|------|---------|--------------------|---|
| 2003 | | | | | | | |
| — — | 4/29 | Opening deposit | | | | 20 | 20 — |
| | 7/11 | Deposit by wire transfer | | | | 2,000,000 — | |
| | 7/15 | Deposit | | | | 300,000 — | |
| | 7/16 | Deposit | | | | 100,000 — | |
| | 7/17 | Deposit by wire transfer | | | | 97,988 — | 2,500,008 — |
| 991 | 7/17 | Tom Begley | 2,000 00 | | | | 2,498,008 — |
| | 7/14 | Wire transfer | 2,000,000 | | | | 498,008 — |
| | 7/14 | Wire transfer fee | | | 20 | | 497,988 — |
| | 7/16 | Wire transfer | 280,000 | | | | 217,988 — |
| | 7/16 | Wire transfer fee | | | 20 | | 217,968 — |
| | 7/21 | Wire transfer | 200,000 | | | | 17,968 — |
| | 7/21 | Wire transfer fee | | | 45 | | 17,923 — |
| | 8/19 | Wire transfer (Kerr) | | | | 6,788 — | 24,711 — |
| | 8/28 | Wire transfer | 8,000 | | | | 16,711 — |
| | 8/28 | Wire transfer fee | | | 20 | ✓ | 16,691 — |
| 1001 | 9/12 | Delbert O. Reichardt | 8,388 — | | 3,388 — | | 16,691 — |
| | | Pain Treatment Center | | | | | |

To reorder call 1.800.652.1111 or visit us at www.bankofamerica.com/checks

| NUMBER | DATE | TRANSACTION DESCRIPTION | PAYMENT/DEBIT (-) | √ | FEE | DEPOSIT/CREDIT (+) | $ |
|--------|------|-------------------------|-------------------|---|-----|--------------------|---|
| 7002 | 10/6 | Delbert D. Rockwood | 3,400 00 | √ | | | |
| 7003 | 10/6 | Thomas O. Bexley | 537 00 | | | | |
| 2004 | 10/6 | Crossley, Jernigan, Ellison | 39,485 77 | | | | |
| 7005 | 10/6 | Thomas O. Bexley | 15,000 | void | | | |
| 7006 | 10/6 | Peter N. Bayford Comardo | 5,000 | | | | |
| 7007 | 10/6 | Cerestus Securities Corp | 3,000 | | | | |
| | | | | | | | 16,691 |
| | 9/13 | Wire In - Kerr (Yap) | | | | 4,247,940 | |
| | 9/15 | Wire In - Kerr (Belsize) | | √ | | 2,280,000 | 6,547,631 |
| | 10/1 | Wire Out (Assenio) | 6,788 | √ | | | |
| | 10/1 | Wire Fee | 90 | √ | | | 6,537,843 |
| | 10/8 | Wire In (Kerr) | | | | 312,738 | 6,850,581 |
| | 10/3 | Wire Out - Kerr (Yap) | 3,500,000 | √ | | | |
| | 10/3 | Wire Out - Kerr (Yap) | 3,000,000 | √ | | | 350,581 |
| | 10/3 | Wire Fee | 45 | √ | | | |

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

C1

| SER | DATE | TRANSACTION DESCRIPTION | ENT./DEBIT (-) | CODE | FEE (-) | DEPOSIT/CREDIT (+) | $ |
|---|---|---|---|---|---|---|---|
| ✓ | 10/3 | Wire Fee | 20 | | | | 350,491 |
| ✓ | 10/6 | Wire Out – Kerr Trust | 300,000 | | | | 50,491 |
| 1002 | 10/7 | Del Reichardt | 3,400 | | | | |
| ✓ | 10/6 | Wire Fee | 41 | | | | |
| 1003 | 10/3 | Thomas Begley | 534 | | | | 46,552 |
| | 10/6 | Wire In – Kerr | | | | 288,988 | 335,500 |
| ✓ | 10/7 | Wire Out – Yap | 127,480 | | | | 208,020 |
| ✓ | 10/7 | Wire Out – Belsize | 59,980 | | | | 148,040 |
| ✓ | 10/7 | Wire Out – Assemi | 26,280 | | | | 121,760 |
| | 10/7 | Wire Out – A. Geuther | 15,280 | | | | 106,080 |
| 1009 | 10/7 | John Miel (TOB) | 5,000 | | | | 101,080 |
| 1010 | 10/7 | Maurice Thomas (TOB) | 2,045 | | | | 99,035 |
| 1004 | 10/7 | Crossley, Termigany Ellison | 34,443 23 | | | | 64,588 23 |
| 1007 | 10/7 | Del Reichardt | 5,000 | | | | 59,585 23 |
| 1011 | 10/7 | Thomas Begley | 945 | | | | 58,640 23 |
| ✓ | 10/6 | Wire Fee | 41 | | | | 58,191 23 |

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

C2

| NUMBER | DATE | TRANSACTION DESCRIPTION | PAYMENT/DEBIT (-) | CODE | FEE (-) | DEPOSIT/CREDIT (+) | | |
|---|---|---|---|---|---|---|---|---|
| ✓ | 10/1 | Wire Fee | 20 — | | | | 58,155 | 23 |
| ✓ | 10/1 | Wire Fee | 20 — | | | | 58,575 | 23 |
| | 10/1 | Wire Fee | 20 — | | | | 58,535 | 23 |
| 1006 | 9/31 | John Bowshot + Assoc | 5000 | | | | 53,535 | 23 |
| 1002 | 10/3 | Baseline Capital (DRR) | 5000 | | | | | |
| 1003 | 10/3 | Hartfield Captl (TOB) | 7000 | | | ✓ | 46,535 | 23 |
| 1012 | 10/6 | Delbert D. Reichcroft | 3400 — | | | | 43,135 | 23 |
| 1013 | 10/6 | K & K Holdings, LLC | 23,000 — | | | 1,788,988 | 1,809,103 | 20 |
| | | | | | | | 2,832,105 20 |
| 1014 | 12/5 | Thomas O. Begley | 19,000 — | | | VOID | | |
| 1015 | 12/5 | Thomas O. Begley | 19,000 — | | | | 1,790,103 | 20 |
| 1016 | 12/5 | Baseline Securities Corp. | 7000 — | | | | 1,783,103 | 20 |
| 1017 | 12/5 | John Bowshot & Assoc. | 7,000 — | | | | 1,776,123 | 20 |
| ✓ | 12/5 | Wire Out – Dover Ltd | 127,455 — | | | | 1,648,668 | 20 |
| ✓ | 12/5 | Wire Out – Dover Ltd | 995,955 — | | | | 648,713 | 20 |
| ✓ | 12/5 | Wire Out – Omnibus | 15,280 — | | | | 633,433 | 20 |
| ✓ | 12/5 | Wire Out – Bdsize | 59,980 — | | | | 573,453 | 20 |

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

| NUMBER | DATE | TRANSACTION DESCRIPTION | PAYMENT/DEBIT (-) | CODE | FEE (-) | DEPOSIT/CREDIT (+) | $ | |
|---|---|---|---|---|---|---|---|---|
| | 17/5 | Wire Out - A. Assemi | 26,680 | | | | 546,773 | 20 |
| | 17/5 | Wire Out - T. Corsell | 299,980 | | | | 246,793 | 20 |
| | 17/5 | Wire Out - Wellspring | 99,980 | | | | 146,813 | 20 |
| | 17/5 | Wire Out - T. Ens | 99,940 | | | | 46,873 | 20 |
| | 17/5 | Wire Fee | 45 | | | | | |
| | 17/5 | Wire Fee | 45 | | | | | |
| | 17/5 | Wire Fee | 45 | | | | | |
| | 17/5 | Wire Fee | 20 | | | | | |
| | 17/5 | Wire Fee | 20 | | | | | |
| | 17/5 | Wire Fee | 20 | | | | | |
| | 17/5 | Wire Fee | 20 | | | | | |
| | 17/5 | Wire Fee | 20 | | | | | |
| 2004 | 17/9 | Transfer debit | 2 | | | | Correct 46,558 20 | |
| 10184 | 8/12 | K & K Holdings, LLC | 34,449.72 | | | | 46,468 20 12,148 46 | |
| 10190 | 8/14 | Thomas O. Begley | 3,500 00 | | | 223,113 00 | | |
| 10202 | 8/15 | Hartsfield Capital Securities | 200 00 | | | 1,999,988 00 | | |

64

| NUMBER | DATE | TRANSACTION DESCRIPTION | PAYMENT/DEBIT (-) | | CODE | FEE (-) | DEPOSIT/CREDIT (+) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2,231,649 | 46 | |
| 1021 | 1/11 | Baseline Securities Corp | 6,500 | 00 | | | | 2,224,649 | 46 | |
| 1022 | 1/11 | John Banzhaf & Assoc | 3,500 | 00 | | | | 2,221,149 | 46 | |
| ✓ | 1/15 | Wire Out - Door Ltd | 93,455 | 00 | | | | 2,130,549 | 46 | |
| ✓ | 1/15 | Wire Out - Belsize | 59,980 | 00 | | | | 2,070,619 | 46 | |
| ✓ | 1/15 | Wire Out - Texan | 1,999,980 | 00 | | | | 70,639 | 46 | |
| ✓ | 1/15 | Wire Out - A. Assemi | 18,480 | 00 | | | | 52,154 | 46 | |
| ✓ | 1/15 | Wire Out - HCS | 37,000 | 00 | | | | 15,154 | 46 | |
| 1023 | 1/15 | Delbert D. Reichardt | 3,400 | — | | | | 11,754 | 46 | |
| | | | | | | | | | | |
| 1024 | 1/16 | Baseline Securities Corp | 3,500 | 00 | | | | 8,254 | 46 | |
| 1025 | 2/5 | City of Alpharetta Bus. Tax | 156 | 50 | | | | | | |
| | | Wire fees | 125 | 00 | | | | | | |
| | | Wire In | | | | | 4232 | 00 | 12,208 | 46 |
| 1026 | 2/10 | Delbert D. Reichardt | 4,000 | 00 | | | 167,488 | 00 | | |
| 1027 | 2/10 | Baseline Securities Corp. | 6,500 | 00 | | | | | | |
| 1028 | 2/10 | Hedsfield Capital Group | 6,500 | 00 | | | | | | |
| ✓ | 2/10 | Wire Out - Assemi | 18,480 | 00 | | | | | | |

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

C5

| NUMBER | DATE | TRANSACTION DESCRIPTION | PAYMENT/DEBIT (-) | CODE | FEE (-) | DEPOSIT/CREDIT (+) | $ |
|---|---|---|---|---|---|---|---|
| | 3/10 | Wire Out, Dover Mar | 9745 00 | | | | |
| 1029 | 3/10 | John Bauschat & Associates | 6,500 00 | | | | |
| 1030 | 3/10 | Hadfield Cap. Grp (Tom) | 5,000 00 | | | | |
| | ✓ | Wire fee | 20 — | | | | |
| | ✓ | Wire fee | 45 — | | | | |
| | ✓ 3/11 | Wire Out - Tom | 21,946 | | | | |
| | ✓ 3/11 | Wire fee | 20 — | | | | 13,237 96 |
| | ✓ 3/13 | Wire In (Texan) | | | | 7,000,000 | |
| | | | | | | | |
| | ✓ 3/23 | Wire Out (Kerr) | 1,999,955 | | | | |
| 1031 | ✓ 3/23 | Greg Echs, CPA (Taxes) | 350 00 | | | | |
| | ✓ 3/28 | Wire In (Kerr) | | | | 114,988 — | |
| | ✓ 3/28 | Wire fee | 45 — | | | | 127,836 96 |
| 1032 | ✓ 3/11 | Baseline Securities Corp | 10,000 00 | | | | |
| 1033 | ✓ 3/11 | John Bauschat & Associates | 10,000 00 | | | | 107,830 09 |
| 1034 | ✓ 3/11 | Secretary of State | 30 00 | | | | |
| 1035 | ✓ 3/11 | Secretary of State MCP II | 30 00 | | | | 107,770 96 |

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

| NUMBER | DATE | TRANSACTION DESCRIPTION | PAYMENT | T (-) | CODE | FEE (-) | DEPOSIT/CREDIT (+) | $ 107,770.96 |
|---|---|---|---|---|---|---|---|---|
| ✓ | 3/8 | Wire Out - Tom | 15,000 | — | | | | 92,770 96 |
| ✓ | 3/8 | Wire fee | 20 | — | | | | 92,750 96 |
| 1036 ✓ | 3/12 | Thomas O. Begley | 2000 | — | | | | 90,750 96 |
| 1037 ✓ | 3/16 | Delbert D. Reichardt | 4000 | — | | | | 86,750 96 |
| 1038 ✓ | 3/16 | Delbert D. Reichardt | 2400 | — | | | | 84,350 96 |
| 1039 ✓ | 3/16 | John Mile   (Tom) | 3,000 | — | | | | 81,350 96 |
| 1040 ✓ | 3/16 | Thomas O. Begley | 3,500 | — | | | | 77,850 96 |
| ✓ | 3/16 | Wire fee | 20 | — | | | | 77,830 96 |
| | | | | | | | | |
| ✓ | 3/16 | Wire fee | 20 | — | | | | 77,810 96 |
| ✓ | 3/16 | Wire fee | 45 | — | | | | 77,765 96 |
| 1041 ✓ | 3/15 | Atlanta Bus. Chronicle | 84 | — | | | | 77,681 96 |
| 1042 ✓ | 3/17 | Business Week | 29 97 | | | | | 77,651 99 |
| 1043 ✓ | 3/19 | Hartsfield Capital Group   Shipping Charges | 197 08 | | | | | 77,454 91 |
| ✓ | 3/24 | Wire Out   Belsize | 55,998 ⁰⁰ | | | | | |
| | 3/24 | Wire In   Kerr | | | | | 99,988 00 | 117,462 91 |
| 1044 ✓ | 3/24 | Hartsfield Capital Group | 35,000 ⁰⁰   35,000 ⁰⁰ | | | | | 82,462 91 |

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

## Additions to the Check Register

3-15-04

  Wire In      $ 167,488.⁰⁰

3-15 Wire Out  97,455.⁰⁰

3-15 Wire Out  23,000.⁰⁰

3-15 Wire Out  18,480.⁰⁰

       138,935.⁰⁰  167,488.⁰⁰

        —  138,935.⁰⁰

          $ 28,553.⁰⁰

3-24 Wire fee    -20.⁰⁰

          28,533.⁰⁰

4-22-04 Wire Im      99,988.⁰⁰

4-27-04 Wire Out $ 59,980 — ✓

4-27-04 Wire Out 39,980 — ✓

4-27-04 Wire fee 20 — ✓

4-27-04 Wire fee 20 — ✓

       100,000 —

         -12

68

| NUMBER | DATE | TRANSACTION DESCRIPTION | PAYMENT/DEBIT (-) | | FEE (-) | DEPOSIT/CREDIT (+) | | $ 82,462 | 91 |
|---|---|---|---|---|---|---|---|---|---|
| 1045 | 3/14 | Baseline Securities Corp. | 3,000 | — | | | 79,462 | 91 |
| 1046 | 3/14 | John Bamhof & Assoc. | 3,000 | — | | 104,995 91 | 76,462 | 91 |
| 1047 | 4/1 | Frank Nadal (Jon) | 1,770 | — | | | 103,775 | 91 |
| 1048 | 4/6 | Chase Automotive Finance (Jon) | 12,000 | — | | | 91,775 | 91 |
| 1049 | 4/5 | Frank Nadal (Jon) | 2,760 | — | | | 88,965 | 91 |
| 1050 | 4/5 | Frank Nadal (Jon) | 2,760 | — | | | | |
| 1051 | 4/11 | Hedgefield Capital Group | 15,000 | — | | | | |
| 1052 | 4/16 | Baseline Securities Corp. | 4,000 | — | | | 84,965 | 91 |
| 1053 | 4/14 | Delbert D. Beickardt | 4,00 | | | | | |
| 1054 | 4/14 | John Bamhof & Assoc. | 4,00 | — | | | | |
| | 4/14 | Wire Out - Dave | 97,405 | 00 | | | | |
| | 4/15 | Wire Out - Assenic | 18,446 | 00 | | | | |
| | 4/15 | Wire Out - HCG | 37,940 | 00 | | | | |
| | 4/15 | Wire Fees | 85 | — | | | | |
| | 4/15 | Wire In - Ken | | | | 96,441 91 | | |
| 1055 | 5/10 | MCP II, LLC | 600 | — | | 167,466 00 | 60,443 | 91 |

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

| NUMBER | DATE | TRANSACTION DESCRIPTION | PAYMENT/DEBIT (-) | CODE | FEE (-) | DEPOSIT/CREDIT (+) | $ |
|---|---|---|---|---|---|---|---|
| 1086 | 5/10 | MCP III, LLC | 100 | — | | | |
| | 5/11 | Kerr In | | | | ✓ 167,488 | |
| 1057 | 5/11 | Delbert D. Reichardt | 5,000 | — | | | |
| 1058 | 5/11 | Baseline Securities Corp. | 4,000 | — | | | |
| 1059 | 5/11 | John Bawshof & Assoc. | 4,000 | — | | | |
| | 5/11 | Wire Out - Dover | 97,455 | — | | | |
| | 5/11 | Wire Out - A. Asscui | 18,480 | — | | | |
| | 5/11 | Wire Out - HCG | 37,980 | — | | | |
| | | | | | | | |
| | 5/11 | Wire fee | 45 | — | | | |
| | 5/11 | Wire fee | 20 | — | | | |
| | 5/11 | Wire fee | 20 | — | | | 90,929.91 |
| 1060 | 5/15 | Wire In | | | | 99,988 | |
| | 5/14 | Wire Out - Belsize | 99,980 | — | | | |
| | 5/14 | Wire fee | 20 | — | | | |
| | 5/14 | Wire Out - HCG | 39,480 | — | | | |
| | 5/14 | Wire fee | 20 | — | | | ✓ 91,217.91 |

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

| NUMBER | DATE | TRANSACTION DESCRIPTION | PAYMENT/DEBIT (-) | CODE | FEE (-) | DEPOSIT/CREDIT (+) | $9,217.91 |
|---|---|---|---|---|---|---|---|
| | 6/10 | Wire In / Kerr | | | | 167,488 — | |
| 1060 | 6/10 | Delbert D. Reichardt | 5,000 — | | | | |
| 1061 | 6/10 | Baseline Securities Corp. | 4,000 — | | | | |
| 1062 | 6/10 | John Bauman & Associates | 4,000 — | | | | |
| 1063 | 6/10 | Special Olympics | 32.58 | | | | |
| | 6/21 | Wire In / Kerr | | | | 99,988 — | |
| | 6/11 | Wire Out / Belize | 99,988 — | | | | |
| | 6/21 | Wire Out / HCG | 38,960 — | | | | |
| | 6/14 | Wire Fee | 20 — | | | | |
| | 6/14 | Wire Fee | 20 — | | | | |
| | 6/10 | Wire Out / Dover | | | | 97,455 — | |
| | 6/10 | Wire Out / Assemi | | | | 18,480 — | |
| | 6/10 | Wire Out / HCG | | | | 38,000 — | |
| | 6/10 | Wire Fees | 85 00 | | | | 91,685.91 |
| | 6/24 | Wire In / Kerr | | | | 99,988 — | |
| | 6/11 | Wire Out / Belize | 59,980 — | | | | 131,693.91 |

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

| NUMBER | DATE | TRANSACTION DESCRIPTION | PAYMENT/DEBIT (-) | CODE | FEE (-) | DEPOSIT/CREDIT (+) | $131,693 |
|--------|------|------------------------|-------------------|------|---------|--------------------|----------|
|  | 6/31 | Wire Out | 38,980 — |  |  |  |  |
|  | 7/14 | Wire fees | 40 — |  |  | ✓ 92,673 |  |
| 1084 | 7/2 | Gambrell & Staley | 15,000 — |  |  |  |  |
| 1085 | 7/2 | HCG / Shipping Chgs | 60 80 |  |  | 77,613 | 11 |
|  | 7/6 | D.D. Reichardt |  |  |  | 100,000 |  |
| ✓ | 7/9 | Wire Out  Kerr | 100,000 — |  |  |  |  |
| ✓ | 7/9 | Wire fee | 40 — |  |  | 77,568 | 11 |
| ✓ | 7/9 | Wire In  Kerr |  |  |  | 167,488 — |  |
|  |  |  |  |  |  |  |  |
| ✓ | 7/11 | Wire Out  Dover | 109,780 — |  |  |  |  |
| ✓ | 7/1 | Wire Out  HCG | 37,980 — |  |  | 97,289 | 11 |
| 1086 | 7/11 | Delbert D. Reichardt | 5,000 — |  |  |  |  |
| 1087 | 7/11 | Bankline Securities Corp | 5,000 |  |  |  |  |
| 1088 | 7/11 | John Bonafid & Assoc | 5,000 — |  |  | 82,285 | 11 |
| ✓ | 7/12 | Wire In  Assoc |  |  |  | 250,000 — |  |
| ✓ | 7/12 | Wire Out  Kerr | 249,555 — |  |  |  |  |
| ✓ | 7/12 | Wire fees | 110 — |  |  | 82,224 | 11 |

| NUMBER | DATE | TRANSACTION DESCRIPTION | PAYMENT/DEBIT (-) | CODE | FEE (-) | DEPOSIT/CREDIT (+) | $ 82,227.11 |
|---|---|---|---|---|---|---|---|
| 1069 | 7/11 | Sound Design, Inc. | 28,989 00 | | | | |
| ✓ | 7/17 | Wire In, Kerr | | | | 99,988 | |
| ✓ | 7/17 | Deluxe/Wire Out | 59,980 00 | | | | |
| ✓ | 7/17 | Wire Fee | 20 00 | | 2250 ads | 53,728 11 | |
| 1070 | 7/18 | Hartfield Capital Group | 11,000 00 | | | 82,196 53 | |
| ✓ | 7/21 | Wires In A. Ascari | | | | 800,000 | |
| ✓ | 7/22 | Wire Out - Kerr | 799,925 | | | | |
| ✓ | 7/22 | Wire Fee | 45 | | | 82,195 53 | |
| | | | | | | | |
| ✓ | 8/1 | Wire In / Kerr | | | | 187,988 | |
| 1071 | 8/1 | Delbert D. Reinhardt | 10,000 | | | | |
| 1072 | 8/1 | Baseline Securities Corp. | 5,000 | | | 252,183 53 | |
| ✓ | 8/10 | Wire Out - Devor | 109,787 00 | | | | |
| ✓ | 8/10 | Wire Out - A.A. | 9,980 | | | | |
| 1073 | 8/10 | John Barinholf & Assoc. | 5,000 | | | | |
| ✓ | 8/10 | Wire Fees | 65 | | | | |
| ✓ | 8/11 | Wire Out HGG | 14,980 | | | 112,371 53 | |

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

| NUMBER | DATE | TRANSACTION DESCRIPTION | PAYMENT/DEBIT (-) | | CODE | | DEPOSIT/CREDIT (+) | $ 112,376.63 | |
|---|---|---|---|---|---|---|---|---|---|
| | /8/11 | Wire fee | 20 | — | | | | | |
| 1074 | /8/11 | Time Magazin | 29 | 95 | | | | | |
| 1075 | /8/11 | Special Olympic Gea | 32 | 58 | | | | | |
| 1076 | /8/11 | Easter Seals | 10 | — | | | | 112,279 | 00 |
| | /8/21 | Wire In /Kerr | | | | | 139,988 | — | | |
| | /8/21 | Wire Got    Belsize | 55,900 | — | | | | | |
| | /8/21 | Wire Out  A. Assem | 31,980 | — | | | | | |
| | /8/21 | Wire Out    HCG | 14,980 | — | | | | | |
| | | | | | | | | | |
| 1077 | /8/21 | Baseline Capital | 6,000 | — | | | | | |
| 1078 | /8/21 | John Bright Assoc | 1,000 | — | | | | | |
| | /8/21 | Wire fees | 60 | — | | | | 143,267 | 00 |
| | /8/21 | Deposit | | | | | 6,300 | — | | |
| | /8/21 | Wire Out   /A. Assem | 6,280 | — | | | | | |
| | /8/21 | Wire fee | 20 | — | | | | | |
| 1079 | /8/21 | Dewey Robbins | 4,000 | 00 | | | | 139,267 | — |
| 1080 | /8/21 | Rick Finn | 2,000 | — | | | | 137,267 | — |

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

| NUMBER | DATE | TRANSACTION DESCRIPTION | PAYMENT/DEBIT (-) | CODE | FEE (-) | DEPOSIT/CREDIT (+) | $ 137,267.00 |
|--------|------|------------------------|-------------------|------|---------|--------------------|--------------|
| 1081 | 9/10 | John H. Banzhal | 26 | 78 | | | 137,240 22 |
| ✓ | 9/14 | Wire In / Kerr | | | | 179,988 | 317,208 22 |
| ✓ | 9/14 | Wire Out / Dover | 199,737 — | | | | |
| ✓ | 9/15 | Wire Out / 1480 AA | 1,480 — | | | | |
| ✓ | 9/14 | Wire Out / A.A. | 8450 | (8450) | | | |
| ✓ | 9/14 | Wire Out / HCC | 14,980 | | | | |
| ✓ | 9/14 | Wire fee | 90 | 165 | | | |
| 1082 | 9/14 | Delbert D. Reichart | 10,000 | | | | |
| 1083 | 9/14 | Bactine Reporting Srv | 5,00 — | | | | 162,284 22 |
| 1084 | 9/14 | John Banzhaf & Assoc. | 5,000 — | | | | 162,411 22 |
| 1085 | 9/15 | Dewey Robbins | 2,000 — | | | | 601,3 |
| 1086 | 9/15 | Muscular Dystrophy Ass'n | 15 — | | | | |
| 1087 | 9/15 | U.S. News & World Rpt | 20 — | | | | |
| 1088 | 9/15 | Global Opportunity Fund LLC | 100 — | | | | 127,659 96 |
| 1089 | 9/16 | Sound Design Inc | 36,571 26 | | | | 127,686 96 |
| ✓ | 9/14 | | | | | 139,908 29 | 127,626 96 |

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

75

USE THIS PAGE FOR ADDITIONAL CHECKING OR SAVINGS ACCOUNT TRANSACTIONS.

| NUMBER | DATE | TRANSACTION DESCRIPTION | PAYMENT/DEBIT (-) | | CODE | FEE (-) | DEPOSIT/CREDIT (+) | | $ |
|---|---|---|---|---|---|---|---|---|---|
| 1090 | 9/24 | Baseline Capital Corp. | 1000 | 00 | | | | | |
| 1091 | 9/24 | John Banghart & Assoc. | 1,000 | 00 | | | | | |
| | 9/24 | Wire Out / HCG | 14,940 | 00 | | | | | |
| | 9/24 | Wire Out / Bedsize | 55,900 | 00 | | | | | |
| | 9/24 | Wire Out / A.A. | 4,760 | 00 | | | | | |
| | 9/24 | Wire Out / Seafoth | 22,180 | 00 | | | | | |
| | 9/24 | Wire Fees | 80 | 00 | | | | | |
| 1092 | 9/24 | Hartsfield Capital Group | 92 | 40 | | | | | |

## AUTOMATIC DEPOSIT/PAYMENT REMINDER

Use this Ledger to record any Automatic Deposits and Payments.

REMEMBER TO <u>DEDUCT</u> FROM YOUR ACCOUNT BALANCE EACH MONTH ALL AUTOMATIC PAYMENTS YOU HAVE AUTHORIZED.

ADD TO YOUR ACCOUNT BALANCE ANY AUTOMATIC DEPOSITS ON THE DATE DEPOSIT IS MADE.

| DATE | AUTOMATIC DEPOSIT | AMOUNT | |
|---|---|---|---|
| 9/30 | FedEx Kinkos | 4215 | 75 |
| 10/12 | Fitness Resource | 2,500 | 00 |
| 10/13 | Dewey S. Robbins | 2,000 | 00 |

| DATE | AUTOMATIC PAYMENT | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*USE THESE CODES WHEN RECORDING YOUR NON-CHECK TRANSACTIONS

D-DEPOSIT    DP-DEBIT CARD PURCHASE    ATM-CASH WITHDRAWAL    AP-AUTOMATIC PAYMENT    FT-FUNDS TRANSFER    TD-TAX DEDUCTIBLE    I-INTEREST EARNED    SC-SERVICE CHARGE

Should you need an additional check register prior to your next order, contact your financial institution.

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

# Easy To Use Transaction Register

Record your check number or transaction code, date, and a description of the transaction. It is recommended that you compute the balance after each entry.

When reconciling statements, this column may be used to indicate (✓) items cleared by your financial institution.

AD - Automatic Deposit • AP - Automatic Payment • ATM - Cash Withdrawal • DC - Debit Card • FT - Funds Transfer • SC - Service Charge • TD - Tax Deductible

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | DEPOSIT CREDIT (+) | ✓ | PAYMENT, FEE, WITHDRAWAL (-) | $ | BALANCE |
|---|---|---|---|---|---|---|---|
| AP | 2/5 | HOME INSURANCE CO. | | | | $ | 630 50 |
| 102 | 2/6 | AMERICAN MORTGAGE CO. | | | 108 17 | | 522 33 |
| 103 | 2/6 | SHARON'S SUPERMARKET | | | 235 05 | | 287 33 |
| ATM | 2/9 | CASH WITHDRAWAL | | | 58 05 | | 229 28 |
| D | 2/10 | DEPOSIT | | | 50 00 | | 179 28 |
| | 2/10 | DEPOSIT | 100 00 | | | | 279 28 |
| SC | 2/12 | SERVICE CHARGE | | | 2 50 | | 276 78 |

To reorder call **1.800.652.1111**
or visit us at **www.bankofamerica.com/checks**

PRIVACY POLICY
Your information is protected in accordance with your financial institution's policy.

AD - Automatic Deposit • AP - Automatic Payment • ATM - Cash Withdrawal • DC - Debit Card • FT - Funds Transfer • SC - Service Charge • TD - Tax Deductible

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | DEPOSIT CREDIT (+) | ✓ | PAYMENT, FEE, WITHDRAWAL (-) | $ | BALANCE |
|---|---|---|---|---|---|---|---|
| 1093 | 9/30 | FedEx Kinko | | | 4,226 20 | $ 154,375 56 | |
| 1094 | 10/1 | Fitness Resource | | | 2,500 00 | | |
| 1095 | 10/13 | Dewey S. Robbins | | | 2,000 00 | 148,859 81 | |
| 1096 | 10/13 | The Kiplinger Letter | | | 48 00 | | |
| 1097 | 10/13 | Financial Times | | | 99 00 | | |
| 1098 | 10/11 | American Cancer Society | | | 15 00 | 148,697 81 | |

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

48

AD-Automatic Deposit • AP-Automatic Payment • ATM-Cash Withdrawal • DC-Debit Card • FT-Funds Transfer • SC-Service Charge • TD-Tax Deductible

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | DEPOSIT CREDIT (+) | √ | PAYMENT, FEE, WITHDRAWAL (-) | $145,692.81 |
|---|---|---|---|---|---|---|
| √ | 9/14 | Wire In | 179,988 | | | 320,680.81 |
| 1099 | 9/14 | Delbert D Reichmuth | 10,000 | | | |
| 1100 | 9/14 | Baseline Securities Corp | 5,000 | | | |
| 1101 | 9/14 | John Barnhof & Assoc. | 5,000 | | | 300,680.81 |
| √ | 9/14 | Wire Out    A. Asseni | 1,480 | | | |
| √ | 9/14 | Wire Out    Dover | 109,787 | | | |
| √ | 9/14 | Wire Out    Seaforth | 8,490 | | | |
| √ | 9/14 | Wire Out    HCG | 14,980 | | | |
| void | 9/14 | Wire Fees | 105 | | | 160,838.81 |
| 1102 | 10/1 | Twenty Six 2 | 6000 | | | |
| 1103 | 10/1 | | | | | |
| | 10/25 | Wire In    Kerr | 139,988 | | | |
| | 10/25 | Wire Out    Belsize | | | 55,980 | |
| | 10/25 | Wire Out    HCG | | | 14,980 | |
| | 10/25 | Wire Out    A. Asseni | | | 4,780 | 210,086.81 |

To reorder call 1.800.652.1111 or visit us at www.bankofamerica.com/checks

49

10/25   Wire Out                              10,000⁻
        (T&M Begley)
10/26   Wire fee                                  20⁻
✓10/29  Wire In                      4,988⁻
        (Kerr)

                                        185,794 81

AD-Automatic Deposit • AP-Automatic Payment • ATM-Cash Withdrawal • DC-Debit Card • FT-Funds Transfer • SC-Service Charge • TD-Tax Deductible

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | DEPOSIT CREDIT (+) | ✓ | PAYMENT FEE WITHDRAWAL (-) | $220,086.55 |
|---|---|---|---|---|---|---|
| | 10/6 | Wire Out  Seaforth | | | 27,180 | |
| | | Wire Fees | | | 80 | |
| 1104 | 10/6 | Baseline Solution Corp. | | | 1000 | |
| 1105 | 10/6 | John Barnhart & Assoc. | | | 1000 | 190,826 81 |
| 1106 | 11/ | Sofa Express  VOID | | | 4889 85 | 185,794 81 |
| 1107 | 11/ | Sofa Express | | | 4,863 85 | 185,793 81 |
| 1108 | 11/ | American Landmark Group | | | 4,590 39 | |
| 1111 | 11/ | Leather Creation | | | 4,416 00 | |
| 1112 | 11/ | Sound Design | | | 14,440 62 | |
| 1113 | 11/ | Leather World | | | 3,485 9 | |
| 1114 | 11/ | Thomas O. Becker | | | 4885 81 | |
| 1115 | 11/3 | Dillards Travel | | | 14,788 | |
| 1116 | 11/ | Dillards Travel Services  For Europe | | | 7,169 | |
| 1117 | 11/ | Dillards Travel Service | | | 7,165 | |

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

51

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | DEPOSIT CREDIT (+) | ✓ | PAYMENT FEE WITHDRAWAL (-) | $ |
|---|---|---|---|---|---|---|
| | | AD-Automatic Deposit • AP-Automatic Payment • ATM-Cash Withdrawal • DC-Debit Card • FT-Funds Transfer • SC-Service Charge • TD-Tax Deductible | | | | |
| 1118 | 11/3 | Cash (Dillards Travel) | | | 14,389 75 | $ 159,289 75 |
| 1119 | 11/4 | Gerrolyn Wood (Cleaning) | | | 500 00 | |
| 1120 | 11/11 | Gerrolyn Wood | | | 619 21 | |
| 1121 | 11/15 | Dewey Robbins | | | 2,000 00 | 136,792 58 |
| | 11/18 | Wire In/Keen | 89,988 | ✓ | | 226,780 58 |
| | 11/18 | Wire Out/Dover | | ✓ | 109,787 | |
| | 11/18 | Wire Out | | ✓ | 8,480 | |
| | 11/18 | Wire Out (Sequin) | | ✓ | | |
| | 11/18 | Wire Out (Assemi | | ✓ | 1,480 | |
| | 11/18 | Wire Fees | | ✓ | 85 | 106,948 58 |
| 1122 | 11/19 | Wire In Keen? / Hartzell Capital Group | 89,988 | ✓ | | 196,936 58 |
| 1123 | 11/19 | Deluxe Placements | | | 15,000 | |
| 1124 | 11/19 | John Burghof and Assoc | | | 8,000 | |
| 1125 | 11/19 | Wood | | | 5,000 | |
| 1126 | 11/19 | Creative Securities Group | | | 5,000 | 161,936 58 |

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

52

Check order

130 — 461,891.54

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | DEPOSIT CREDIT (+) | ✓ | PAYMENT FEE WITHDRAWAL (-) | $ 461,891.54 |
|---|---|---|---|---|---|---|
| ✓ | 11/22 | Wire Out / Dove | | | 550 | 10 |
| ✓ | 11/22 | Wire fee | | | 45 | |
| 1127 | 11/23 | Leather World | | | 3,500 | |
| 1128 | 11/23 | Gambrell & Stolz, LLP | | | 15,000 | |
| ✓ | 12/3 | Wire In / Ker | 149,988 | | | 292,787 .54 |
| ✓ | 12/3 | Wire Out / Bdsizio | | | 55,980 | |
| ✓ | 12/3 | Wire Out / Denjab | | | 27,180 | |
| ✓ | 12/3 | Wire Out / Avocan | | | 4,780 | |
| ✓ | 12/3 | Wire Out / HCG | | | 19,980 | |
| ✓ | 12/3 | Wire fee | | | 80 | 180,787 54 |
| 1129 | 12/6 | Roseline Securities Corp | | | 1,001 | |
| 1130 | 12/6 | John Blanchard & Assoc | | | 1,000 | |
| 1131 | 12/6 | John Blanchard & Assoc. | | | 1,000 | |
| 1132 & 11/7 | 12/7 | Secretary of State (BDRE) | | | 100 | 178,687 54 |

To reorder call 1.800.652.1111 or visit us at www.bankofamerica.com/checks

53

AD-Automatic Deposit • AP-Automatic Payment • ATM-Cash Withdrawal • DC-Debit Card • FT-Funds Transfer • SC-Service Charge • TD-Tax Deductible

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | DEPOSIT CREDIT (+) | ✓ | PAYMENT, FEE WITHDRAWAL (-) | $178,688 | 55 |
|---|---|---|---|---|---|---|---|
| 1133 | 12/8 | Hatsfield Capital Group HBI | | | 344 | 51 | |
| 1134 | 12/15 | Dewey S. Robbins | | | 2,600 | 00 | |
| 1135 | 12/15 | Atlanta Business Chronicle | | | 84 | 50 | |
| 1136 | 12/15 | Dillard's Travel | | | 1,250 | 00 | |
| 1137 | 12/17 | Glen Abbey Swin Memorial | | | 957 | 00 | |
| 1138 | 12/17 | Financial Asset Mgmt System | | | 254 | 00 | 173,754 | 99 |
| | 12/21 | Wire Iny Kerr | 169,988 | | | | |
| | 12/21 | Wire Out / Doser In $9988 | | ✓ | 109,987 | | |
| | 12/21 | Wire Out / Seaforth | | | 8,480 | | |
| | 12/21 | Wire Out / Assemi | | | 1,480 | | |
| | 12/21 | Wire fees | | | 85 | | |
| 1139 | 12/21 | Delbert D. Reichardt | | | 10,000 | | |
| 1140 | 12/21 | Baseline Securities Corp. | | | 5,000 | | |
| 1141 | 12/21 | John Banzhaf & Assoc. | | | 5,000 | | 213,788 | 99 |

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

54

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | | DEPOSIT CREDIT (+) | | ✓ | | PAYMENT FEE WITHDRAWAL (-) | | $ 213,958.27 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AD-Automatic Deposit • AP-Automatic Payment • ATM-Cash Withdrawal • DC-Debit Card • FT-Funds Transfer • SC-Service Charge • TD-Tax Deductible | | | | | | | | | |
| 1142 | 1/21 | Twenty Six 2 | | | | | | 6,000 | — | | |
| | 1/29 | Wire Out      T.D.Bagley | | | | ✓ | | 25,000 | — | | |
| | 1/29 | Wire fee | | | | ✓ | | 20 | — | | |
| 1143 | 1/29 | Bagley, B...ts, Reinhardt, LLC | | | | | | 50,000 | — | | |
| | 1/30 | Wire Out      TOB Brewer | | | | ✓ | | 68,000 | — | | 64,962 | 96 |
| | 1/30 | Wire fee | | | | ✓ | | 20 | — | | 64,878 | 95 |
| | 1/4 | Wire Out  /Spikowski | | | | ✓ | | 7,500 | — | | |
| | 1/4 | Wire fee | | | | ✓ | | 45 | — | | |
| 1144 | 1/6 | Baseline Securities Ca | | | | | | 1,000 | — | | |
| 1145 | 1/6 | John Damhof & Associates | | | | | | 1,000 | — | | |
| | 1/6 | Wife Im /Ker | | | | ✓ | | 139,998 | | | |
| | 1/6 | Wire Out /Bdsign | | | | ✓ | | 55,900 | — | | |
| | 1/6 | Wire Out /Sea forth | | | | ✓ | | 27,180 | — | | |
| | 1/6 | Wire Out /Assemi | | | | ✓ | | 4,780 | — | | |

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

55

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | DEPOSIT CREDIT (+) | ✓ | PAYMENT FEE WITHDRAWAL (-) | | $ | |
|---|---|---|---|---|---|---|---|---|
| | 1/6 | Wire fees | | | 60 | — | | |
| 1146 | 1/7 | T.O Begley + Association | | | 30,000 | — | | |
| 1147 | 1/7 | Gambrell & Stolz, LLP | | | 10,000 | — | | |
| 1148 | 1/7 | Begley, Bayly & Reinhardt | | | 50,000 | — | | |
| 1149 | 1/12 | Baseline Sourcing Corp. Greenoto | | | 26 | 43 | | |
| 1150 | 1/7 | St. David's Episcopal Church Honduras | | | 300 | ∞ | | |
| 1151 | 1/11 | T. Mobile | | | 1,295 | 92 | | |
| 1152 | 1/18 | The Economist | | | 49 | 90 | | |
| 1153 | 1/18 | | | | | | | |
| 1154 | 1/17 | Dewey S. Robbins | | | 2,000 | — | | |
| 1155 | 1/8 | M C P II | | | 100 | — | | |
| 1156 | 1/11 | M C P III | | | 100 | — | 9265 | 66 |
| 1157 | 1/31 | Robert D. Reinhardt Staff | | | 7 | 46 | | |
| 1158 | 2/1 | City of Alpharetta | | | 156 | 80 | 9265 | 76 |
| 1159 | 2/16 | Dewey S. Robbins | | | 2,000 | — | 9265 | 76 |

To reorder call 1.800.652.1111 or visit us at www.bankofamerica.com/checks

56

AD-Automatic Deposit • AP-Automatic Payment • ATM-Cash Withdrawal • DC-Debit Card • FT-Funds Transfer • SC-Service Charge • TD-Tax Deductible

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | DEPOSIT, CREDIT (+) | ✓ | PAYMENT, FEE WITHDRAWAL (-) | $7265.76 |
|---|---|---|---|---|---|---|
| 1160 | 3/17 | Greg Erbs, CPA | | | 475 00 | 6790 76 |
| 1161 ✓ | 3/3 | Hartfield Capital Group HDL | | | 93 33 | |
| 1162 ✓ | 3/1 | Secretary of State MCPI | | | 30 00 | |
| 1163 ✓ | 3/4 | Secretary of State MCPII | | | 30 00 | 6652 43 |
| 1164 ✓ | 3/4 | Secretary of State MCPIII | | | 30 00 | |
| 1166 | 3/30 | Wall Street Journal | | | 225 76 | |
| 1167 | 3/30 | Secretary of State BB+R | | ✓ | 30 00 | |
| 1168 | 8/5 | Gambrell & Stolz | | ✓ | 213 00 | Cancelled |
| 1169 ✓ | 7/7 | Gambrell & Stolz | | ✓ | 567 50 | 5626 18 |
| 1170 | 8/23 | Delta Travel Singapore | | VOID | 1,413 78 | +30 |
| 1171 | 8/30 | Global Advisors Mngmt | | ✓ | 100 00 | 5526 18 |
| 1172 | 8/31 | T-Mobile SJL | | ✓ | 331 53 | 5194 65 |
| 1173 | 9/31 | T-Mobile | | ✓ | 316 53 | 4878 08 |

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

57

AD- Automatic Deposit • AP- Automatic Payment • ATM- Cash Withdrawal • DC- Debit Card • FT- Funds Transfer • SC- Service Charge • TD- Tax Deductible

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | DEPOSIT, CREDIT (+) | ✓ | PAYMENT, FEE WITHDRAWAL (-) | | $4878 00 | |
|---|---|---|---|---|---|---|---|---|
| 1174 | 11/1 | T-Mobile | | ✓ | 508 | 63 | 4369 | 45 |
| 1175 | 11/26 | T-Mobile | | ✓ | 307 | 20 | 4062 | 25 |
| 1176 | 1/9 | Thomas O. Begley | | | 500 | 00 | | |
| 1177 | 1/9 | T-Mobile | | | 320 | 76 | 3241 | 49 |
| | | Reference Letter | | | 10 | 00 | 3231 | 49 |
| 1178 | 1/17 | Thomas O. Begley | | | 300 | — | 2531 | 49 |
| 1179 | 1/19 | Thomas O. Begley | | | ← | | 1300 | 00 |
| 1180 | 1/24 | City of Alpharetta, Georgia | | ✓ | 156 | 50 | 1474 | 99 |
| 1181 | 2/20 | Greg Erbes, CPA | | ✓ | 375 | 00 | 1099 | 99 |
| 1182 | 3/30 | T-Mobile | | ✓ | 178 | 43 | 921 | 56 |
| 1183 | 5/2 | T-Mobile | | | 301 | 40 | | |
| | | Serv Chrg | | | 25 | — | | |
| | | Serv Chg | | | 25 | — | 570 | 16 |

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | DEPOSIT, CREDIT (+) | ✓ | PAYMENT, FEE, WITHDRAWAL (-) | $ 5 10 6 |
|---|---|---|---|---|---|---|
| 1184 | 12/13/06 | City of Alpharetta | | | 156 50 | |
| 1185 | 3/14/07 | Greg Erbs, CPA 2006 Tax Returns | | | 375 00 | 3866 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

AD- Automatic Deposit • AP- Automatic Payment • ATM- Cash Withdrawal • DC- Debit Card • FT- Funds Transfer • SC- Service Charge • TD- Tax Deductible

To reorder call **1.800.652.1111** or visit us at **www.bankofamerica.com/checks**

59

**Exhibit C**

UNANIMOUS RESOLUTION OF THE SHAREHOLDERS, DIRECTORS AND OFFICERS OF
MANSELL CAPITAL PARTNERS, LLC

A special meeting of the shareholders, directors and officers of Mansell Capital Partners, LLC, ("Company") was held on July 14, 2003. The following were present representing all of the shareholders, directors and officers of the Company.

Stephan J. Lovett, President
Thomas O. Begley, Secretary

IT WAS RESOLVED THAT Mr. Gordon Mascarenhas, a Canadian citizen with Passport Number JS983498 shall be appointed as "Advisor and Administrator" to assist with specific transactions wherein the company shall exchange it's investment funds, currently on deposit with the clearing firm of Hartsfield Capital Securities, Inc. in Atlanta, Georgia, for legally issued, marginable bank instruments from any bank with rated securities of AA or better by S&P and Aa/P1 by Moody's; and

IT WAS FURTHER RESOLVED THAT, Mr. Mascarenhas shall only act in a legal manner that *does not* place the Company or its assets at any risk of loss or foreclosure; and

IT WAS FURTHERE RESOLVED THAT, Mr. Mascarenhas is hereby authorized to execute the acquisition of commercial documents consistent with the criteria described in the aforementioned resolutions. Mr. Mascarenhas's execution of the acquisition of such securities shall be performed with notification to and pre-approval of a designated representative of Mansell Capital Partners, LLC; and

IT WAS FURTHER RESOLVED THAT the Company's securities dealer (Hartsfield Capital Securities, Inc.) shall be instructed by the Company to issue by standard international banking practices, a bank-to-bank communication via swift containing payment for said instruments; and

IT WAS FURTHER RESOLVED THAT the bank instrument to be purchased by the Company shall be cash-backed, irrevocable and unconditional as to payment at maturity with a one year term, and shall be payable by the issuing bank without recourse, protest, notification, and free of any deductions, withholdings, fees, taxes or charges levied by any party including any political entity in the jurisdiction of issuance of the instrument. The instrument shall be a global issue suitable for acquisition by a U.S. or Canadian citizen; and

IT WAS FURTHER RESOLVED THAT Mr. Mascarenhas shall be authorized to issue such relevant instructions to our securities dealer (Hartsfield Capital Securities, Inc.) who will act immediately on our behalf and upon our confirmation.

There being no further business, the meeting was declared closed.

This Resolution is Agreed, Signed and Sealed on this 14th day of July, 2003.

Stephan J. Lovett, President

Certified by the Corporate Secretary:

Thomas O. Begley, Secretary

80