LAW OFFICES OF
THOMAS M. MULLANEY
708 THIRD AVENUE, SUITE 2500
NEW YORK, NEW YORK 10017
Tel.: (212) 223-0800
Fax: (212) 661-9860

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 16 2008

July 15, 2008

**BY FACSIMILE**

Hon. Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Re: *Dover Limited, et al. v. Alain Assemi, et al.*
    08-Civ-1337 (LTS)(JCF)

Your Honor:

Plaintiff Dover Limited ("Dover") writes to return Defendants TJ Morrow and TJ Morrow PC (the "Morrow Defendants") to active status in this litigation. At the May 2, 2008 Conference before the Court, Defendant Morrow advised that he was confident of being able to effect a settlement with Dover, that settlement has not come to pass. Thus Dover requests that the Court direct the Morrow Defendants to either answer the Complaint, or properly docket their motions in this matter.

Respectfully Submitted,

Thomas M. Mullaney

Cc: All Counsel of Record
    and *pro se* defendants
    Mag. James C. Francis, IV

The Morrow Defendants shall serve and file their response(s) to the Complaint by August 1, 2008.

SO ORDERED.

LAURA TAYLOR SWAIN   7/15/08
UNITED STATES DISTRICT JUDGE