UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOVER LIMITED,

                Plaintiff,

   vs.

ALAIN ASSEMI, et al.,

                Defendants.
------------------------------------------------------------X
ALAIN ASSEMI,

                Counter-Claim Plaintiff,

   vs.

DOVER LIMITED,

                Counter-Claim Defendant.
------------------------------------------------------------X

08-CV-1337 (LTS)(JCF)

**<u>CLERK'S CERTIFICATE</u>**

      I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on February 11, 2008 with the filing of a summons and complaint, a copy of the summons and complaint was served on Defendant Mansell Capital Partners, LLC personally, and proof of such service was filed on June 13, 2008.

I further certify that the docket entries indicate that Defendant Mansell Capital Partners, LLC has not filed an answer to date. The default of the defendant is hereby noted.

Dated: New York, New York
      July 10, 2008

                                    J. MICHAEL MCMAHON
                                    Clerk of the Court

                              By: _____
                                    Deputy Clerk