UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DOVER LIMITED,

    Plaintiff,

08 CV 1337 (LTS)

v.

AFFIRMATION OF SERVICE

Alain Assemi, Hartsfield Capital Securities, Inc.,
Hartsfield Capital Group, Stephen J. Lovett,
John H. Banzhaf, Delbert D. Reichardt,
Mansell Capital Partners, LLC., Thomas O. Begley,
Thomas O. Begley & Associates, TJ Morrow and
TJ Morrow, PC.

    Defendant,
_____

    I, TJ Morrow, **declare under penalty of perjury** that I have served a copy of the attached Notice of Motion, Affirmation in Support and Memorandum of Law for a Motion to Dismiss the first, fourth, sixth and eighth causes of action as against TJ Morrow and TJ Morrow, PC pursuant to Rule 12(b)(6) upon the Law Office of Thomas M. Mullaney, attn: Thomas M. Mullaney, Esq., whose address is 708 Third Avenue, Suite 2500, New York, New York 10017 by FedEx overnight mail. Tracking # 849222322679 on April 3, 2008. The stated papers were electronically filed on the ECF system on August 4, 2008.

Dated:  Raleigh, NC
        August 4, 2008

By: _____
    TJ Morrow, Esq.

    2501 Blue Ridge Road, Suite 150
    Raleigh, NC 27607
    (919) 863-4328