```
UNITED STATES DISTRICT COURT                    (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
DOVER LIMITED,                        : 08 Civ. 1337 (LTS) (JCF)
                                      :
                Plaintiff,            :
        - against -                   :       O R D E R
                                      :
ALAIN ASSEMI, et al.,                 :
                                      :
                Defendants.           :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

Defendant Alain Assemi having moved for an order permitting him to appear for deposition by telephone and take the deposition of plaintiff's principal, Wendy Yap, by telephone, it is hereby ORDERED as follows:

1. Mr. Assami shall appear for deposition either by telephone or, at plaintiff's option, in person in Switzerland where he resides. Mr. Assemi has proffered sufficient information concerning his lack of resources as well as an explanation for his financial condition.

2. Mr. Assemi may take the deposition of Ms. Yap by telephone. However, he must bear the cost of the call and must make appropriate arrangements for the deposition to be transcribed.

SO ORDERED.

*[signature]*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         August 12, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

1

Copies mailed this date:

Thomas M. Mullaney, Esq.
Law Offices of Thomas M. Mullaney
708 Third Avenue, Suite 2500
New York, New York 10017

Stewart L. Levy, Esq.
Eisenberg Tanchum & Levy
675 Third Avenue, Suite 2900
New York, New York 10017

Alain Assemi
P.O. Box 111
Wal,chwil - 6318
Switzerland

Jeremy D. Richardson, Esq.
Phillips Nizer LLP
666 Fifth Avenue
New York, New York 10103

T.J. Morrow
Morrow & Co.
2501 Blue Ridge Road, Suite 150
Raleigh, NC 27607

Roger L. Fidler, Esq.
Law Offices of Roger L. Fidler
126 East 83rd Street, Suite 3B
New York, New York 10028