LAW OFFICES OF
THOMAS M. MULLANEY
708 THIRD AVENUE, SUITE 2500
NEW YORK, NEW YORK 10017
Tel.: (212) 223-0800
Fax: (212) 661-9860



August 13, 2008

**BY FACSIMILE**

Hon. Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *Dover Limited, et al. v. Alain Assemi, et al.*
    08-Civ-1337 (LTS)(JCF)

Your Honor:

    I write to seek permission to enlarge this Court's page limit for Opposition briefs from 25 to 35 pages. Dover is opposing the various motions of 8 parties in one memorandum of law in opposition, and so the enlargement seems reasonable and economical Dover respectfully submits. I asked my adversaries two days ago if they would consent, and none responded (with the exception of Argosy's attorneys, who deferred to the attorneys for Group).

    Next, I seek a brief extension of time to submit my opposition from Thursday, August 14, to Monday, August 18. I had taken four depositions for jurisdictional discovery on July 31 and August 1, and although I had asked for "Rush" transcripts, I received two of the transcripts and exhibits of all of the depositions only last evening. I apologize for the late request for this extension.

*The requests are granted.*

SO ORDERED.

/s/ 8/13/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

Thomas M. Mullaney

Cc: All counsel of record and
    Pro se litigants